1 Lawrence J. Gornick (SBN 136290)
2 Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
3 One Bush Street, 14th Floor
San Francisco, California 94104
4 Tel: (415) 646-7160
Fax: (415) 981-1270
5

6

7

8                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  GLORIA SCOTT, | No. C 06 1008 JSW |
| 12              Plaintiff, | Before the Honorable JEFFREY S. WHITE |
| 13  vs. | **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| 14  ELI LILLY AND COMPANY, | |
| 15              Defendant. | Conference Date: MAY 26, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 2, 17TH Fl. |

17   For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the MAY 26, 2006 Case Management Conference ("CMC") to

19 __October 27, 2006__, at __1:30 p.m.__. In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.
Plaintiff is HEREBY ORDERED to serve DEFENDANT within 120 days of the date of this
23 Order.

24 **IT IS SO ORDERED**

25

26   DATED: May 17, 2006

27                                          _Jeffrey S White_
                                            _____
28                                          HONORABLE JEFFREY S. WHITE
                                            United States District Court Judge

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1